UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NOEL LIRIO GONZALES,<br><br>        Petitioner,<br>  v.<br><br>ISIDRO BACA, *et al.*,<br><br>        Respondents. | Case No. 2:16-cv-02015-RFB-CWH<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 13) is GRANTED. Respondents will have until November 1, 2018, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 17th day of September 2018.

                                                RICHARD F. BOULWARE, II
                                                UNITED STATES DISTRICT JUDGE