UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

NOEL LIRIO GONZALES,

                Petitioner,

    v.

ISIDRO BACA, *et al.*,

                Respondents.

Case No. 2:16-cv-02015-RFB-CWH

ORDER

Respondents' second unopposed motion for enlargement of time (ECF No. 16) is GRANTED. Respondents will have until December 31, 2018, to answer or otherwise respond to the petition for writ of habeas corpus in this case. Respondents are advised that, absent an extraordinary showing of cause, further extensions of time to respond will not be granted.

IT IS SO ORDERED.

DATED this <u>2nd</u> day of November, 2018.

                                        _____

                                        RICHARD F. BOULWARE, II
                                        UNITED STATES DISTRICT JUDGE