UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NOEL LIRIO GONZALES, | Case No. 2:16-cv-02015-RFB-CWH |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Good cause appearing, respondents' third unopposed motion for enlargement of time (ECF No. 18) is GRANTED. Respondents will have until January 11, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 2nd day of January, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1